UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**WESTERN PACIFIC
PRODUCE, INC,**

    *Plaintiff*,

v.                                             Case No. 5:23-CV-0042-JKP

**RED WAGON GROVES, INC.,**
**et al.,**

    *Defendants*.

### STIPULATED ORDER UNDER THE
### PERISHABLE AGRICULTURAL COMMODITIES ACT

Before the Court is *Plaintiff's Motion for Preliminary Injunction* (ECF No. 5) and a *Stipulation Under the Perishable Agricultural Commodities Act (7 U.S.C. § 499e)* (ECF No. 14). Plaintiff and two defendants (Red Wagon Groves, Inc., and Mark Anthony Chang ("Chang"), (collectively, the "Defendants"), jointly submit the Stipulation and provide a proposed order on the Stipulation.

The stipulating Parties agree to the entry of the proposed order provided. Further, upon execution of the Stipulation, Plaintiff agrees to file a notice of voluntary dismissal of Defendant Iliana Chang under Fed. R. Civ. P. 4l(a)(l)(A)(i). Plaintiff further stipulates and agrees that upon recovery of all monies under the Settlement Agreement reached with Defendants, it must promptly file a Notice of Voluntary Dismissal with Prejudice.

Upon review of the Stipulation and being fully advised in the premises, the Court hereby **ORDERS**:

1. Plaintiff is a valid trust beneficiary of Red Wagon Groves, Inc. under Section 5(c) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c), for a total of

$123,443.06, plus interest, costs, and attorneys' fees for Red Wagon Groves, Inc.'s violations of PACA by failing to maintain PACA trust assets and pay Plaintiff promptly under 7 U.S.C. §§ 499b(4) and e(c)(2). The stipulating parties agree that Mark Defendant Chang acted in a fiduciary capacity under 11 U.S.C. § 523(a)(4) related to the PACA trust assets of Red Wagon Groves, Inc., and that he breached his fiduciary duty to preserve those assets.

2. The Temporary Restraining Order ("TRO") (ECF No. 11) issued in this case is hereby dissolved and vacated. The bank accounts of Defendants (including those held at Frost Bank) are no longer subject to the TRO and must be immediately released to allow all regular banking business including deposits and withdrawals.

3. If Defendants have not previously provided to Plaintiff's counsel all information and documents required by the TRO and related to the identification of PACA Trust assets of Red Wagon Groves, Inc., Defendants must provide such to Plaintiff's counsel within seven days of any further request by Plaintiff for such documents.

4. At least monthly, but more often if request by Plaintiff's counsel, Defendants must provide Plaintiff's counsel with monthly bank statements, check registers, deposit records, and online current statements for each of Defendants' bank accounts. Defendants are directed to promptly deposit into their bank accounts and not hold any checks payable to Defendant Red Wagon Groves, Inc. Upon request of Plaintiff's counsel, Defendants must provide a listing of checks by payer and amount, or copies of all checks received by Defendants.

5. The Court administratively closes this case while retaining complete jurisdiction to reopen the case to enforce the terms of the Stipulation and Settlement Agreement upon motion by any party. The Court may also reopen the case on its own motion should it deem reopening warranted. The parties shall file a Joint Advisory as to the status of the settlement in ninety days

from the date of this Order and every ninety days until the case is completely settled. The first Joint Advisory shall inform the Court as to how long the parties expect it to take to complete the settlement terms.

Accordingly, the Court **DIRECTS the Clerk of Court (1) to note on the docket that the Temporary Restraining Order (ECF No. 11) has been vacated by this Order and (2) to administratively close this case pending further court order.** In light of the settlement between the parties, the Court **FINDS MOOT** *Plaintiff's Motion for Preliminary Injunction* (ECF No. 5). **Plaintiff is directed to provide a copy of this Stipulated Order to Defendants.**

**IT IS SO ORDERED this 23rd day of January 2023.**

_____
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**