# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **WESTERN PACIFIC PRODUCE, INC.,** | **Case No.:** 5:23-cv-00042-JKP |
| Plaintiff, | |
| vs. | |
| **RED WAGON GROVES, INC., ET AL.,** | |
| Defendants. | |

## PLAINTIFF'S MOTION TO RELEASE FUNDS FROM COURT REGISTRY

Plaintiff Western Pacific Produce, Inc., and by counsel, seeks entry of an order releasing the cash bond posted in this case. In support of this Motion, Plaintiff states:

1. The Temporary Restraining Order entered by this Court on January 13, 2023 [DE 11] required Plaintiff to post a bond in the amount of $1,000.00.

2. Plaintiff satisfied this requirement by depositing $1,000.00 in the registry of the Court. [DE 13] on January 18, 2023 and Receipt Number 1786 was issued.

3. The parties have since resolved this case, and this Court has vacated the Temporary Restraining Order. DE 14, 15.

4. Plaintiff and Defendants reached a settlement and filed a Stipulation under the Perishable Agricultural Commodities Act memorializing that settlement. [DE 14].

5. This Court approved the parties Stipulation and vacated the Temporary Restraining Order on January 23, 2023. [DE 15].

6. Plaintiff Western Pacific Produce requests entry of an Order directing the Clerk of Court to release the $1,000.00 deposited into the registry of the Court to Stokes Law Office, LLP, along with any other relief that is deemed just.

Respectfully submitted on February 10, 2023.

| | |
|---|---|
| **ESQUIVEL LAW, CHARTERED** | **STOKES LAW OFFICE, LLP** |
| Katy Koestner Esquivel | |
| Florida Bar No. 0159484 | /s/ Maurleen W. Cobb |
| Moorings Professional Building | Maurleen W. Cobb |
| 2335 Tamiami Trail North | SBN 24054377 |
| Suite 301 | PO Box 6909 |
| Naples, FL 34103-4457 | San Antonio, TX 78209-0909 |
| Telephone: (239) 206-3731 | Telephone (210) 804-0011 |
| Facsimile: (239) 431-3942 | Telphone (210) 378-8945 |
| kke@esquivel-law.com | mcobb@stokeslawoffice.com |
| | |
| *Co-Counsel for Plaintiff* | *Counsel for Plaintiff* |
| *Western Pacific Produce, Inc.* | *Western Pacific Produce, Inc.* |